# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



|  |  |  |
|---|---|---|
| **United States of America** | ) | |
| vs. | ) Case No. 04-cr-5356 AWI | |
| Baljinder SINGH | ) | |
|  | ) | |

**FILED**
JUL 1 4 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Baljinder Singh_____, have discussed with _____Montgomery L. Olson_____, Pretrial Services Officer, modifications of my release conditions as follows:

The conditions requiring the defendant to abide by home detention and electronic monitoring are removed. All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____ 6/22/06        _____ 7-11-06
Signature of Defendant    Date             Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____                                                7/12/06
Signature of Assistant United States Attorney                            Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                                                7/13/06
Signature of Defense Counsel                                             Date

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on ___7/14/06___.
☐ The above modification of conditions of release is *not* ordered.

_____                                                7/14/06
Signature of Judicial Officer                                            Date

cc:   U.S. Attorney's Office, Defense Counsel, Pretrial Services