

FILED

JUL 17 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiffs, | ) | No. CR-F-04-5356-AWI |
| vs. | ) | ORDER EXONERATING BOND |
| BALJINDER SINGH | ) | |
| Defendant. | ) | |

The case against the above-named defendant having been concluded, and if required the defendant has surrendered as ordered by the court, the following is ordered:

(X) The defendant's passport is ordered returned:

REFUGEE TRAVEL DOCUMENT #A79569222 as to Baljinder Singh issued by U.S. Department of Homeland Security. Receipt Number 100-201211. (Keeler, P) (Entered: 02/25/2005)

DATED: 7-16-09

_____
ANTHONY W. ISHII
U.S. District Judge

9/26/96 exonbnd.frm

1

# JOHN W. BLISCHAK
## Attorney at Law
### Certified Public Accountant

1100 East Washington  
Suite #200  
Phoenix, Arizona 85034-1090

Office 602-252-1984  
Fax   602-252-1939  
E mail: John.Blischak@azbar.org

July 8, 2009

CLERK OF COURT  
United States District Court  
2500 Tulare Street  
Unit #1501  
Fresno, California 93721

RECEIVED  
JUL 1 3 2009  
CLERK, U.S. ...  
EASTERN DIST...  
BY

Re:   United States of America adv. Baljinder Singh  
      Docket # 1:04-cr-05356-AWI-12  
      Assigned to the Honorable Anthony W. Inhii

Dear Sir/Madam:

   Please be advised that I represent Mr. Baljinder Singh in a pending criminal matter in Maricopa County Superior Court captioned State of Arizona v. Baljinder Singh, CR 2009-006074-001 DT. My client hereby requests the return of his refugee travel documents that were surrendered to your office on February 24, 2005 as reflected in docket item #157. [Receipt #100-201211].

   Mr. Singh has completed all terms of his federal sentence and thus is entitled to the return of these documents. I look forward to your prompt attention to this matter.

Very truly yours,

JOHN W. BLISCHAK

JWB:cab

xc:   Baljinder Singh